FILED ENTERED
RECEIVED
JUN 19 2000
CLERK ... COURT
DISTRICT OF MARYLAND
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ACCRUED FINANCIAL SERVICES, INC. *
*
*
v. * Civil No. JFM-99-2573
*
PRIME RETAIL, INC., ET AL. *
*****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 19th day of June 2000

ORDERED

1. Defendants' motion to dismiss is granted;

2. Counts I through IX are dismissed for failure to state a claim upon which relief can be granted; and

3. This court declines to exercise supplemental jurisdiction over Counts X and XI.

J. Frederick Motz
United States District Judge

...CROFILMED
JUN 19 2